PETER H. MCNULTY et al., Copartners under the Firm Name of MCNULTY BROS., Respondents, *v.* THERESA C. KAMMERER, Appellant, Impleaded with Another.

(Submitted April 25, 1932; decided May 3, 1932.)

*James F. T. Delaney* for motion.

*Thomas D. Austin* opposed.

Motion to dismiss appeal denied.

Motion for leave to amend notice of appeal *nunc pro tunc* denied as unnecessary. (Civ. Pr. Act, § 105; *Rosenberg* v. *General Realty Service, Inc.*, 259 N. Y. 123.)

VAN RENSSELAER HALSEY et al., Individually and as Copartners under the Firm Name of C. D. HALSEY & Co., Respondents, *v.* CLINTON D. WINANT, Defendant, and W. A. HARRIMAN & COMPANY, INC., Appellant.

(Submitted April 25, 1932; decided May 3, 1932.)

Motion for reargument of motion to amend remittitur and to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 258 N. Y. 512; 259 N. Y. 525.)